JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.B. and D.C.B., by and through their Guardian Ad Litem, Terri Thomas, and as successors in interest to the ESTATE OF DARREN BURLEY,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; DEPUTY DAVID AVILES; and DOES 1-10,<br><br>Defendants. | Case No. CV 22-4207 PA (JPRx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's October 25, 2022 Minute Order granting the Motion to Dismiss filed by defendants County of Los Angeles and David Aviles (collectively "Defendants") and dismissing the action filed by plaintiffs D.B. and D.C.B., by and through their Guardian Ad Litem, Terri Thomas, and as successors in interest to the Estate of Darren Burley (collectively "Plaintiffs") with prejudice, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiffs is dismissed with prejudice.

. . . .

. . . .

It is further ORDERED, ADJUDGED, AND DECREED that Defendants shall have their costs of suit.

DATED: October 25, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE